IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 24 2014
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| JEFFERY L. WEAVER, | ) |
| BRIAN L. MAHANEY, | ) |
| RICHARD BRIAN REYNOLDS, | ) |
| NATHAN LESTER RAMER, | ) |
| CHARLES NEIL WEAVER, | ) |
| MEGAN RILEY OXLEY, | ) |
| JAMES ZACHARY CALDWELL, | ) |
| ISAAC DE JESUS JAUREGUI-ESTRADA, | ) |
| ISAAC M. JAUREGUI, | ) |
| MICHAEL ALLEN, aka Hippie, | ) |
| JENNIFER JAMES, | ) |
| JEREMY LEE PECK, | ) **FILED UNDER SEAL** |
| SORRELL JOE HONEA, JR., | ) |
| RICHARD JOE LEE, | ) |
| LOUIS MICHAEL TICHELI, | ) Case No. 4:14CR191 JLH |
| CRYSTAL MICHELLE LANGRELL, | ) 21 U.S.C. § 846 |
| FRED HAROLD WESSELL, | ) 21 U.S.C. § 841(a)(1) |
| JOHN B. BLACK, | ) 21 U.S.C. § 841(b)(1)(B) |
| DAVID WAYNE HEASLET, | ) 21 U.S.C. § 841(b)(1)(C) |
| KIMBERLY DAVIDSON, | ) 18 U.S.C. § 2 |
| JOSH DENHAM, | ) 18 U.S.C. § 922(g) |
| THURMAN KIRKENDOLL, | ) 18 U.S.C. § 924(c)(1)(A)(i) |
| JEREMY DALE DUNIGAN, | ) 21 U.S.C. § 843(b) |
| DENNIS PATRICK HENNEBERRY, | ) |
| DEREK CHARLES STILL, | ) |
| CYRUS ADRIAN DOWELL, | ) |
| MARNI LEIGH CHAGALA, | ) |
| JERALD GLENN BELL, | ) |
| AMBER SUE THARP, | ) |
| JAMES PERRY KNOTT, aka Uncle Jimmy, | ) |
| MICHAEL RAMER, | ) |
| JANEL DAWN HATCHETT, | ) |
| HIRO SASAKI, | ) |
| DON ALLEN PEARSON | ) |

**MOTION TO UNSEAL**

Upon request of the United States, the indictment in this case was ordered sealed on September 12, 2014, until the defendants were in custody or had been released pending trial. To date, not all of the defendants have been arrested. Officers have made all reasonable efforts to locate and arrest the defendants who remain at large, and would now like to request the assistance of the public in locating them. Therefore, the United States respectfully requests that the indictment be unsealed at his time.

CHRISTOPHER R. THYER
United States Attorney

_____
KRISTIN BRYANT
Bar Number 2009156
Assistant United States Attorneys
P. O. Box 1229
Little Rock, AR    72203
Telephone: (501) 340-2655
E-mail: Kristin.Bryant@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be unsealed by this order.


September 24, 2014
DATE


_____
HONORABLE JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE