**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 29 2014

JAMES W. McCORMACK, CLERK
By: S. Williams
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:14CR00191-01-JLH |
| JEFFREY WEAVER | * | |
| | * | |
| Defendant. | * | |

## ORDER

Counsel for Defendant Weaver have filed a Motion for Continuance of the Detention Hearing and Motion to Withdraw as Counsel (Doc. No. 66). This Motion is GRANTED. Assistant Public Defender Kim Driggers is appointed to represent Defendant Weaver in all further proceedings, and Ralph Blagg and Nicki Nicolo are withdrawn as counsel in this matter.

The detention hearing scheduled for September 30, 2014, at 9:00 a.m. is continued until further notice. Defendant Weaver reserves the right to request a detention hearing in the future should he so choose. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 29th day of September 2014.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE